# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
# LAS VEGAS DIVISION

| | |
|---|---|
| CHRISTINE FURSE,<br><br>               Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, a foreign corporation; EQUIFAX INFORMATION SERVICES LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; SELECT PORTFOLIO SERVICING, INC., a foreign corporation; JP MORGAN CHASE BANK, a national associated bank; and DOES I-X;<br><br>               Defendants. | Case No. 2:14-cv-01805-RFB-CWH<br><br>**ORDER**<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT TRANS UNION** |

TO THE HONORABLE JUDGE ~~MAHAN~~: **BOULWARE:**

      Plaintiff Christine Furse, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

      There are no longer any issues in this matter between Plaintiff Christine Furse and Trans Union LLC to be determined by this Court. The Plaintiff hereby stipulates that all claims or

/ / /

1  causes of action against Trans Union LLC which were or could have been the subject matter of
2  this lawsuit are hereby dismissed with prejudice, with court costs to be paid by the party
3  incurring same.

## ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 1st day of June, 2015.