Kent F. Larsen, Esq.
Nevada Bar No. 3463
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for Defendant
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE FURSE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC, a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; SELECT PORTFOLIO SERVICING, INC., a foreign corporation, JP MORGAN CHASE BANK, a national associated bank; and DOES I-X;<br><br>Defendants. | Case No.   2:14-cv-01805-RFB-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING, WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT JPMORGAN CHASE BANK, N.A.** |

Plaintiff Christine Furse ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Chase"), acting through their respective undersigned counsel, hereby stipulate as follows:

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

1.     All claims asserted (or which could have been asserted) by Plaintiff in the above-captioned action as against Chase shall be dismissed, with prejudice; and,

2.     Plaintiff and Chase shall each bear their own attorneys' fees and costs in connection with the above-captioned action.

| ATKINSON, WATKINS & HOFFMAN LLP | SMITH LARSEN & WIXOM |
|---|---|
| *[signature]* | *[signature]* |
| Troy L. Atkinson, Esq.<br>Nevada Bar No. 8954<br>10789 W. Tropicana Ave. Suite 100<br>Las Vegas, Nevada 891345<br>Attorneys for Plaintiff,<br>Christine Furse | Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Hills Center Business Park<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>Attorneys for Defendant<br>JPMorgan Chase Bank, N.A. |
| Date: June 8th, 2015 | Date: June 8, 2015 |

**ORDER**

IT IS SO ORDERED.

DATED this 17th day of June, 2015.

*[signature]*
RICHARD F. BOULWARE, II
United States District Judge