```
1   TROY L. ATKINSON
    Nevada Bar No. 008954
2   ALEXANDER M. BROWN
    Nevada Bar No. 11928
3   ATKINSON & WATKINS, LLP
    10789 W. Twain Ave. Ste. 100
4   Las Vegas, NV 89135
    Telephone:   702-562-6000
5   Facsimile:   702-562-6066
    tatkinson@awhlawyers.com
6   abrown@atkinsonwatkins.com

7   Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE FURSE, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>TRANS UNION LLC, a foreign corporation; EQUIFAX INFORMATION SERVICES LLC, a foreign limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC, a foreign corporation; SELECT PORTFOLIO SERVICING, INC., a foreign corporation; JP MORGAN CHASE BANK, a national associated bank; and DOES I-X;<br><br>Defendants. | CASE NO.: 2:14-cv-01805 |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff, CHRISTINE FURSE ("Plaintiff"), and Defendants Trans Union, LLC, Select Portfolio Servicing, Inc., Equifax Information Services, LLC, JP Morgan Chase Bank by and through their respective counsel, hereby stipulate that the above entitled matter shall be dismissed, with prejudice, with each of the parties to pay their own fees and costs incurred therein:

....

....

| | |
|---|---|
| DATED this 24 day of ~~May~~ June, 2015. | DATED this 18, day of ~~May~~ June 2015. |
| ATKINSON & WATKINS, LLP | SNELL & WILMER |
| _____ | _____(NV13064) for:_____ |
| Troy L. Atkinson, Esq. | Paul Swenson Prior, Esq. |
| Nevada Bar No. 008954 | Nevada Bar No. 009324 |
| Alexander M. Brown, Esq. | 3883 Howard Hughes Pkwy. Ste. 100. |
| Nevada Bar No. 11928 | Las Vegas, NV 89169 |
| 10789 W. Twain Ave., Suite 100 | *Attorney for Defendant Equifax* |
| Las Vegas, NV 89135 | |
| *Attorney for Plaintiff* | |
| | |
| DATED this ___ day of May, 2015. | DATED this 26th day of May, 2015. |
| SMITH LARSEN & WIXOM | WRIGHT, FINLAY & ZAK, LLP |
| _____ | _____ |
| Kent F. Larsen, Esq. | Jory C. Garabedian, Esq. |
| Nevada Bar No. 003463 | Nevada Bar No. 10352 |
| 1935 Village Circle. | 7785 Sahara Ave. Ste. 200 |
| Las Vegas, NV 89134 | Las Vegas, NV 89117 |
| *Attorney for Defendant JP Morgan Chase* | *Attorney for Defendant Select Portfolio Servicing, Inc.* |

Submitted by:
ATKINSON & WATKINS, LLP

_____
Troy L. Atkinson, Esq.
Nevada Bar No. 008954
10789 W. Twain Ave. Ste. 100.
Las Vegas, NV 89135
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: July 1, 2015.